IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Raymond Orrand, Administrator,** *et al.***,**

    **Plaintiffs,**

v.                                                  Case No.: 2:05-cv-264
                                                           Judge Smith
**LTZ Construction, Inc.,**                    Magistrate Judge Kemp

    **Defendant.**

## **ORDER**

        This matter is before the Court on Plaintiff's Motion for Default Judgment (Doc. 21). Pursuant to this Court's October 1, 2007 Order by the Clerk entering the default and Defendant still having failed to pled or otherwise respond to Plaintiff's Amended Complaint, Plaintiff now seeks an entry of default against Defendant LTZ Construction, Inc.  Plaintiff seeks the following damages against Defendant:

    1.    Audit findings/delinquent contributions for the period February 1, 2004 to April 30, 2007 in the amount of $21,149.68;

    2.    Interest in the amount of $12,346.00 calculated to September 15, 2007, plus $10.43 per day thereafter as long as the judgment remains unpaid;

    3.    Statutory interest in the amount of $12,346.00 calculated to September 15, 2007, plus $10.43 per day thereafter as long as the judgment remains unpaid;

    4.    Court costs in the amount of $350.00.

After considering Plaintiff's Motion and the damages sought, Plaintiff's Motion for Default Judgment (Doc. 21) is **GRANTED**.  Default Judgment shall be entered in favor of Plaintiff and against Defendant LTZ Construction, Inc. for $21,149.68, plus court costs and statutory interest.  Accordingly, judgment shall be entered in favor of Plaintiff for the following:

1. Audit findings/delinquent contributions for the period February 1, 2004 to April 30, 2007 in the amount of $21,149.68;

2. Interest in the amount of $12,346.00 calculated to September 15, 2007, plus $10.43 per day thereafter as long as the judgment remains unpaid;

3. Statutory interest in the amount of $12,346.00 calculated to September 15, 2007, plus $10.43 per day thereafter as long as the judgment remains unpaid;

4. Court costs in the amount of $350.00.

The Clerk shall remove Document 21 from the Court's pending motions list.

The Clerk shall remove this case from the Court's pending cases.


**IT IS SO ORDERED.**

  /s/ George C. Smith
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**